## SCOGGINS v. STATE.
### No. 15391.

Court of Criminal Appeals of Texas.
June 1, 1932.

Don Mirike and Harvey P. Shead, both of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

## HAWKINS, J.

Conviction is for possession of intoxicating liquor for the purpose of sale, punishment being assessed at one year in the penitentiary.

The record is before this court without bills of exception or statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.